```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


PERRY R. BAKER,                   :
                                  :
     Plaintiff,                   :
                                  :
v.                                :   CIVIL ACTION 08-0049-M
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
     Defendant.                   :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Perry R. Baker and against Defendant Michael J. Astrue.

DONE this 23rd day of December, 2008.

```
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
```